Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Jessica M. Boyd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

JESSICA M. BOYD,

PLAINTIFF,

No. 2:26-cv-01080-SCR

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---------------------------------------------------------

**~~PROPOSED~~ ORDER**

Before the Court is the Stipulation, filed by Plaintiff, Jessica M. Boyd, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until September 11, 2026, to file her Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to October 12, 2026. Plaintiff's deadline to file a reply brief, if any, is extended to October 26, 2026.

//

//

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED this 10th day of July 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE